JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN EZELL, | ) | Case No.: CV 11-1940 DSF (AJWx) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| DEPARTMENT OF REHABILITATION, | ) | |
| Defendant. | ) | |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and plaintiff having not adequately responded or prosecuted his case,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, and that the action be dismissed without prejudice.

Dated: 1/11/12

_____
Dale S. Fischer
United States District Judge